JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKINNER LAW GROUP, | Case No.: 2:23-cv-09364-SPG-SSC |
| Plaintiff, | **ORDER OF DISMISSAL [FRCP 41(a)(1)(A)(ii)]** |
| vs. | |
| CONTINENTAL AEROSPACE TECHNOLOGIES, INC., | |
| Defendant. | |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: January 31, 2024



HON. SHERILYN PEACE GARNETT

UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

*Skinner Law Group v. Continental Aerospace Technologies, Inc., et al.*
Case No. Case No.: 2:23-cv-09364-SPG-SSC

At the time of service, I was over 18 years of age and not a party to this action. My business address is 6303 Owensmouth Ave, 10th Floor, Woodland Hills, California 91367. On January 6, 2024, I served the following documents: **[PROPOSED] ORDER OF DISMISSAL [FRCP 41(A)(1)(A)(II)]** on the interested parties in this action by transmitting a true copy of said document by electronic mail as follows:

***SEE ATTACHED SERVICE LIST.***

I served the documents on the person(s) listed on the attached service list by the following means:

☒ **BY E-FILING** By causing the document to be electronically filed via the Court's CM/ECF system which effects electronic service on counsel who are registered with the CM/ECF system.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 6, 2024, at Santa Clarita, California.

                                                                Will Skinner

[PROPOSED] ORDER OF DISMISSAL [FRCP 41(A)(1)(A)(II)] - 3

# SERVICE LIST

*Skinner Law Group v. Continental Aerospace Technologies, Inc., et al.*
Case No. Case No.: 2:23-cv-09364-SPG-SSC

**Michael J. Terhar, Esq.**
**Jonathan E. Hembree, Esq.**
**Carl J. Basile, Esq.**
CUNNINGHAM SWAIM, LLP
2 North Lake Avenue, Suite 550
Pasadena, CA 91101
Tel: 626-765-3000
Fax: 626-765-300
Email: mterhar@cunninghamswaim.com
Email: jhembree@cunninghamswaim.com
Email: cbasile@cunninghamswaim.com

*Attorneys for Defendant Continental Aerospace Technologies, Inc.*

**Ross Cunningham, Esq**.
**Alex Whitman, Esq.**
CUNNINGHAM SWAIM LLP
4015 Main Street, Suite 200
Dallas, TX 75226
Tel: 214-646-1495
Email: rcunningham@cunninghamswaim.com
Email: awhitman@cunninghamswaim.com

*Attorneys for Defendant Continental Aerospace Technologies, Inc.*

[PROPOSED] ORDER OF DISMISSAL [FRCP 41(A)(1)(A)(II)] - 4